# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| DYLAN ADCOCK,<br><br>　　Plaintiff,<br><br>v.<br><br>WARD HOME SERVICES d/b/a ACE HANDYMAN SERVICES EAST METRO ATLANTA (543) and WILLIAM WARD,<br><br>　　Defendants. | Civil Action No. 3:23-cv-00089-CDL<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF JUSTIN M. SCOTT

To:　The clerk of court and all parties of record.

I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiff.

Respectfully submitted, this 20th day of August 2023.

　　　　　　　　　　　　　　　　　　　　*/s/ Justin M. Scott*
　　　　　　　　　　　　　　　　　　　　Justin M. Scott
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 557463
　　　　　　　　　　　　　　　　　　　　Grace A. Starling
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 464958
　　　　　　　　　　　　　　　　　　　　SCOTT EMPLOYMENT LAW, P.C.
　　　　　　　　　　　　　　　　　　　　160 Clairemont Avenue
　　　　　　　　　　　　　　　　　　　　Suite 610
　　　　　　　　　　　　　　　　　　　　Decatur, Georgia 30030
　　　　　　　　　　　　　　　　　　　　Telephone: 678.780.4880

Facsimile: 478.575.2590
jscott@scottemploymentlaw.com
gstarling@scottemploymentlaw.com

*Counsel for Plaintiff*