IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DYLAN ADCOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:23-cv-00089-CDL |
| WARD HOME SERVICES d/b/a | ) |
| ACT HANDYMAN SERVICES | ) |
| EAST METRO ATLANTA (543) | ) |
| And WILLIAM WARD, | ) |
| | ) |
| Defendants. | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Ward Home Services ("Defendant") hereby submits the following Corporate Disclosure Statement pursuant to Local Rule 87.1. Ward Home Services has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated this 21st day of September, 2023.

                                                      Respectfully submitted,
                                                      SPIRE LAW, LLC
                                                      2572 W. State Road 426, Suite2088
                                                      Oviedo, Florida 32765

                                                      By:*/s/ Ian E. Smith*
                                                      Ian Smith, Esq.
                                                      Georgia Bar No. 661492

Whitney M. DuPree, Esq.
Georgia Bar No. 880908
ian@spirelawfirm.com
whitney@spirelawfirm.com
sarah@spirelawfirm.com
filings@spirelawfirm.com

*Attorneys for Ward Home Services and William Ward*

## CERTIFICATE OF SERVICE

I hereby Certify that on this 21st day of September, 2023., the foregoing was electronically filed with the Court by using the Middle District of Georgia's CM/ECF portal, which will send a notice of electronic filing to Plaintiff's Counsel.

*/s/ Ian Smith*
Attorney