IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DYLAN ADCOCK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARD HOME SERVICES d/b/a )<br>ACT HANDYMAN SERVICES )<br>EAST METRO ATLANTA (543) )<br>And WILLIAM WARD, )<br>)<br>Defendants. ) | Case No. 3:23-cv-00089-CDL |

## NOTICE OF APPEARANCE OF WHITNEY DUPREE

PLEASE TAKE NOTICE of the appearance of Whitney M. DuPree, Esquire of Spire Law, PLLC, as counsel of record for the Defendants, Ward Home Services and William Ward.

Dated this 21st day of September, 2023.

Respectfully submitted,

SPIRE LAW, PLLC
2752 W. State Road 426 STE 2088
Oviedo, Florida 32765
(407) 494-0135

By: */s/ Whitney M. DuPree*
Whitney M. DuPree, Esq.
Georgia Bar No. 880908
Ian E. Smith, Esquire
Georgia Bar No. 661492

ian@spirelawfirm.com
whitney@spirelawfirm.com
filings@spirelawfirm.com
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Whitney DuPree*
Attorney