IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DYLAN ADCOCK, | * |
| Plaintiff, | * |
| v. | Case No. 3:23-cv-89-CDL |
| | * |
| WARD HOME SERVICES d/b/a ACE HANDYMAN SERVICES EAST METRO ATLANTA (543 and WILLIAM WARD, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 3, 2024 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff and against Defendants on Count I of Plaintiff's Complaint and in favor of Plaintiff in the amount of $900.00 for overtime wages and liquidated damages. Defendants shall pay Plaintiff $1,787.00 in attorneys' fees and costs to resolve Plaintiff's claim for attorneys' fees and costs associated with Count I, which is due within thirty (30) days of this Judgment.

This 3rd day of July, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk